THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FILE NO. 5:25-cv-00156-BO-BM

| | |
|---|---|
| RAYLEE JOSEPHINE GRIECO, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> NORTH CAROLINA STATE HIGHWAY ) <br> PATROL, NORTH CAROLINA ) <br> DEPARTMENT OF PUBLIC SAFETY, ) <br> ASHLEY R. DAUGHTRY, DEVIN M. ) <br> RICH, JAMES D. DUFF, TIMOTHY T. ) <br> DANIELS, DAVID SMITH, and FREDDY ) <br> L. JOHNSON, JR., ) <br> ) <br> ) <br> Defendants. | **DEFENDANTS' <br> MOTION TO DISMISS PURSUANT <br> TO FED. R. CIV. P. 12(b)(1) and (6)** |

NOW COME Defendants, North Carolina State Highway Patrol, North Carolina Department of Public Safety (hereinafter, "Institutional Defendants"), Timothy T. Daniels, David S. Smith, Freddy L. Johnson, Jr., (hereinafter "Supervisory Defendants"), Ashley R. Daughtry, Devin M. Rich, and James D. Duff, (hereinafter "Trooper Defendants"), by and through their undersigned counsel, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, and move this Court for an order of dismissal because various claims of Plaintiff are either barred by Sovereign Immunity or fail to state a claim upon which relief can be granted. In support of this motion, all Defendants rely upon Plaintiff's complaint [DE-1-3] and the arguments and authorities set forth in the Memorandum in Support of this Motion and filed contemporaneously therewith.

WHEREFORE, the Defendants respectfully request that their Motion to Dismiss be granted.

This the 19th day of May 2025.

**JEFF JACKSON**
**ATTORNEY GENERAL**

/s/Joseph P. Vellon
Joseph P. Vellon
Special Deputy Attorney General
N.C. State Bar No. 61457
N.C. Department of Justice
Public Safety Section
P. O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6901
Facsimile: (919) 716-6761
Email: jvellon@ncdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and (6)** with the Clerk of the court utilizing the CM/ECF system and further certify that I have served upon counsel of record by e-mail to the address indicated below.

> James T. Johnson
> jjohnson@dementaskew.com
> Jonathan W. Martin
> jmartin@dementaskew.com
> Juliana L. Strobing
> jstrobing@dementaskew.com
> Dement Askew Johnson & Marshall, LLP
> Post Office Box 711
> Raleigh, North Carolina 27602
> *Attorneys for Plaintiff*

This the 19th day of May 2025.

/s/ Joseph P. Vellon
Joseph P. Vellon
Special Deputy Attorney General