UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:25-cv-156-BO-BM

| | |
|---|---|
| RAYLEE JOSEPHINE GRIECO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA STATE HIGHWAY PATROL; NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; ASHLEY R. DAUGHTRY, Individually and in his official capacity as Trooper with the Highway Patrol; DEVIN M. RICH, Individually and in his official capacity as Trooper with the Highway Patrol; JAMES D. DUFF, Individually and in his official capacity as Trooper with the Highway Patrol; TIMOTHY T. DANIELS, Individually and in his official capacity as Captain of Troop B of the Highway Patrol; DAVID SMITH, Individually and in his official capacity as Lieutenant of Troop B of the Highway Patrol; and FREDDY L. JOHNSON, JR., Individually and in his official capacity as Commander of the Highway Patrol; | ) **SELECTION OF MEDIATOR** |
| Defendants. | |

Pursuant to Local Civil Rule 101.1c(a), the parties hereby submit this Selection of Mediator. The parties agree upon and have selected the following individual to serve as mediator in this case:

Asa L. Bell, Jr.
Law Offices of Asa L. Bell, Jr., P.A.
P.O. Box 37304
Raleigh NC 27627
Telephone: 919-755-1068
Fax: 877-255-2485
E-mail: a.bell@asabelllaw.com

The parties certify that the mediator has agreed to this selection and is being served with this Selection of Mediator via electronic mail and U.S. Mail.

Respectfully submitted this 28th day of July, 2025.

| | |
|---|---|
| /s/ James T. Johnson<br>James T. Johnson<br>DeMent Askew Johnson & Marshall, LLC<br>333 Fayetteville St., Suite 1513<br>Raleigh, NC 27601<br>919-833-5555<br>jjohnson@dementaskew.com<br>N.C. State Bar No. 19087<br>Attorney for Plaintiff | /s/ Laura S. Jenkins<br>Laura S. Jenkins<br>N.C. Dept. of Justice<br>Public Safety Section<br>P.O. Box 629<br>Raleigh, NC 27602-06291<br>(919) 716-6901<br>ljenkins@ncdoj.gov<br>N.C. State Bar No. 24827<br>Attorneys for Defendants |