THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CV-00156-BO-BM

| | | |
|---|---|---|
| RAYLEE JOSEPHINE GRIECO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| NORTH CAROLINA STATE HIGHWAY | ) | **DEFENDANTS' WITHDRAWAL** |
| PATROL, | ) | **OF RULE 35 DISCOVERY** |
| NORTH CAROLINA DEPARTMENT | ) | **MOTION AND JOINT** |
| OF PUBLIC SAFETY, | ) | **STIPULATIONS OF THE** |
| ASHLEY R. DAUGHTRY, | ) | **PARTIES** |
| DEVIN M. RICH, | ) | |
| JAMES D. DUFF, | ) | |
| TIMOTHY T. DANIELS, | ) | |
| DAVID SMITH, and | ) | |
| FREDDY L. JOHNSON, JR., | ) | |
| | ) | |
| Defendants. | ) | |

Defendants North Carolina State Highway Patrol, North Carolina Department of

Public Safety, Ashley R. Daughtry, Devin M. Rich, James D. Duff, Timothy T. Daniels,

David Smith, and Freddy L. Johnson, Jr. ("Defendants"), with Plaintiff's consent,

withdraw Defendants' Rule 35 Motion [D.E. 32] filed on February 18, 2026, and along

with Plaintiff submit to the Court the following:

1. On February 17, 2025, Plaintiff filed a Complaint in the Wake County, North Carolina Superior Court, styled *Raylee Josephine Grieco v. N.C. State Highway Patrol, N.C. Dept. of Public Safety*, (25CVS005850-910). *See* Notice of Removal [D.E. 1].

2. On July 1, 2025, the Court issued a Scheduling Order requiring discovery to be completed by June 5, 2026, and dispositive motions to be filed by July 10, 2026. [D.E. 18].

3. On October 7, 2025, the Court granted in part and denied in part Defendants' motion to dismiss. [D.E. 28].

4. On October 20, 2025, Defendants filed their Answer. [D.E. 29].

5. At this time, all parties have either fully responded to or reasonably objected to all discovery requests.

6. On February 18, 2026, Defendants filed their Rule 35 Motion requesting an order from the Court to retest Plaintiff's existing blood sample due to the NC State Crime Lab's inability to initially test for synthetic cannabinoids. [D.E. 32, 33].

7. Originally Plaintiff, through her counsel, did not consent to the testing of the blood sample and filed Plaintiff's response in opposition to Defendants Rule 35 motion on March 4, 2026. [D.E. 35].

8. On April 13. 2026, counsel for Defendants contacted Plaintiff's counsel to ask for Plaintiff's position on Defendants' proposed motion to expedite ruling on Defendants' Rule 35 discovery motion.

9. On April 14 2026, Plaintiff's counsel responded that Plaintiff was withdrawing her opposition to retesting with the qualifications discussed herein.

10. In the following days, the parties decided it would be best to withdraw Defendants' Rule 35 motion.

11. In exchange for withdrawing their opposition to Defendants' Rule 35 motion Plaintiff offered the following stipulations to which Defendants agree:

a) Plaintiff reserves all rights to contest admissibility of the results of the proposed testing and does not waive any objections to the admissibility of the results at trial or in connection with any dispositive motions filed by Defendants;

b) Plaintiff is only consenting to the testing of the subject blood sample for the codes specified in Defendants' original motion, DUID-DRE Expanded Drug Screen-8159B, which was attached as Exhibit 1-A to Defendants' original motion; and

c) The results of the proposed testing can only be used by the parties in either defense or prosecution of this specific lawsuit, and for no other purpose.

WHEREFORE, Defendants' Rule 35 motion is hereby withdrawn, and the parties hereby consent to the above-referenced stipulations.

Respectfully submitted this the 23rd day of April 2026.

**JEFF JACKSON**
**Attorney General**

/s/Laura S. Jenkins
Laura S. Jenkins
Special Deputy Attorney General
N.C. State Bar No. 24827
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC  27602-0629
Telephone: (919) 716-6858
Facsimile: (919) 716-6761
E-mail:  ljenkins@ncdoj.gov
*Attorney for Defendant*


s/ James T. Johnson
James Johnson
Email: jjohnson@dementaskew.com
N.C. State Bar No. 19087
Dement Askew Johnson & Marshall LLP
P.O. Box 711
Raleigh, NC 27602
Telephone: (919) 833-5555
*Attorney for Plaintiff*

4

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I electronically filed the foregoing with the Clerk

of Court utilizing the CM/ECF system, which automatically provides electronic notice to

Plaintiff's counsel of record as follows:

> James T. Johnson
> jjohnson@dementaskew.com
> Jonathan W. Martin
> jmartin@dementaskew.com
> Juliana L. Strobing
> jstrobing@dementaskew.com
> Dement Askew Johnson & Marshall, LLP
> Post Office Box 711
> Raleigh, North Carolina 27602
> *Attorneys for Plaintiff*

This the 23rd day of January 2026.

> /s/Laura S. Jenkins
> Laura S. Jenkins
> Special Deputy Attorney General